# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| PATEL, Maheshveri | ) Case No.   8:20-MJ-22 (GLF) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of January 11, 2020, in the county of Saint Lawrence in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(2) | Eluding examination or inspection by immigration officers. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
Complainant's signature

Gregg De Feo, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   January 13, 2020

_____
*Judge's signature*

City and State:   Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

*United States of America v. PATEL, Maheshveri*

On January 11, 2020 at approximately 8:30 A.M., Warren County New York Patrol Officer Brandon Kommer observed a silver Honda Odyssey that was driving over the hazard line on I-87 southbound lane in the town of Queensbury, New York. Officer Kommer initiated a vehicle stop on the Honda based on the driver's actions. The driver stated that he was an UBER driver that had picked up several passengers in Plattsburgh, New York. Officer Kommer attempted to ask questions of the passengers of the vehicle, but was unable to communicate with them as they were not able to communicate in the English language. Officer Kommer asked the driver questions about the passengers, to which he stated that he had believed them to be "illegals" and that they were from "India". Officer Kommer then contacted United States Border Patrol Agents and gave Supervisory Border Patrol Agent (SPBA) Jonathan LaHart all the information on the occupants in the vehicle. Initial record checks revealed that the driver, a Lawfully Admitted for Permanent Residence (LAPR), was from Sri Lanka and the passengers of the vehicle did not have any form of legal status to be in the United States.

Champlain Border Patrol Agents Peter Grugle and Trevor Kinblom responded to the Warren County New York Sherriff's Office at approximately 12:30 P.M. A brief interview of the passengers revealed that all five subjects were citizens of India with no valid United States Immigration Documents which would allow either of them travel, reside or work in the United States legally. Based on the above information, all five passengers were taken into custody and transported to the Champlain Border Patrol Station for additional questioning and processing.

At the Champlain Border Patrol Station, one of the subjects PATEL, Maheshveri's biographical information and fingerprints were searched in the Department of Homeland Security databases. Record checks revealed that PATEL, Maheshveri is a citizen of India with no criminal or immigration history in the United States.

At the station PATEL, Maheshveri was provided her Miranda rights and she agreed to make a statement without an attorney present. PATEL, Maheshveri stated she flew into Canada on December 28, 2019 by commercial air and crossed into the United States illegally with her husband by boat on January 11, 2020.

Citizens of India are required to apply for a visa if they seek to enter the United States. Indian citizens who are issued a visa by the United States government are required to present the visa and the person's passport to an official at a Port of Entry as he or she seeks admission into the United States. PATEL, Maheshveri does not possess a valid visa. If PATEL, Maheshveri had presented herself to a Port of Entry and asked permission to enter the United States, she would have been denied admission, as she does not possess a United States visa.